```
                            FILED
                    CLERK, U.S. DISTRICT COURT

                         DEC 28 2007

                    CENTRAL DISTRICT OF CALIFORNIA
                                              DEPUTY
```

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS EFRON MOLINA, aka CARLOS OCHOA, | Case No. SACV 07-0793-VBF(RC) |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| RICHARD KIRKLAND, WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a *de novo* determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered dismissing the petition and the action as untimely.

//

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on the parties.

DATED: 12-28-07

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&Rs\07-0793.ado
12/5/07