```
                    LODGED                                  FILED
              CLERK, U.S. DISTRICT COURT            CLERK, U.S. DISTRICT COURT

                    - 6 2007                              DEC 28 2007

              CENTRAL DISTRICT OF CALIFORNIA       CENTRAL DISTRICT OF CALIFORNIA
              BY                    DEPUTY          BY                    DEPUTY
```

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS EFRON MOLINA, aka CARLOS OCHOA, | Case No. SACV 07-0793-VBF(RC) |
| Petitioner, | |
| vs. | JUDGMENT |
| RICHARD KIRKLAND, WARDEN, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATE: 12-28-07

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&R\07-0793.jud
12/5/07